# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**SHANT JOUKJIAN, Individually and On Behalf of All Others Similarly Situated,**

**Plaintiff,**

**v.**

**DR PEPPER/SEVEN UP, INC.; and KEURIG DR PEPPER INC,**

**Defendants.**

**Case No.: 2:25-cv-04771-MRA-AYPx**

**ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PUTATIVE NATIONWIDE CLASS CLAIMS [45]**

**HON. MONICA R. ALMADANI**

**Compl. Filed:** May 27, 2025
**FAC Filed:** August 14, 2025

Plaintiff Shant Joukjian and Defendants Dr Pepper/Seven Up, Inc. and Keurig Dr Pepper Inc., filed a stipulation to dismiss without prejudice Plaintiff's putative nationwide class claims. This Court, having considered the stipulation, and finding good cause shown, HEREBY ORDERS AS FOLLOWS:

Plaintiff's putative nationwide class claims be dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2026

Hon. Monica Ramirez Almadani
United States District Judge