JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANT JOUKJIAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DR PEPPER/SEVEN UP, INC.; and KEURIG DR PEPPER INC,**<br><br>**Defendants.** | **Case No.: 2:25-cv-04771-MRA-AYP**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**HON. MONICA R. ALMADANI**<br><br>**Compl. Filed:** May 27, 2025<br>**FAC Filed:** August 14, 2025 |

Plaintiff Shant Joukjian ("Plaintiff") and Defendants Dr Pepper/Seven Up, Inc. and Keurig Dr Pepper Inc. ("Defendants") (together, with Plaintiff, the "Parties"), have jointly stipulated to dismissal of the action in its entirety. Accordingly, and for good cause, the Court GRANTS the joint stipulation to dismiss the action and ORDERS as follows:

1. Plaintiff's individual claims are dismissed with prejudice, and the putative class claims are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
2. The Parties shall bear his / its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Hon. Monica Ramirez Almadani
United States District Judge